IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-00839-ZLW-MJW

JERRY D. FARR,

    Plaintiff,
v.

CITY OF FOUNTAIN,

    Defendant.
_____

ORDER
_____

Upon review and in consideration of the Courtroom Minutes/Minute Order of Magistrate Judge Michael J. Watanabe filed October 19, 2006, it is

ORDERED that the this case is held in abeyance pending the filing of settlement papers. It is

FURTHER ORDERED that settlement papers shall be filed on or before November 10, 2006. If by that date settlement papers have not been received by the Court, on November 17, 2006, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this  25  day of October, 2006.

                BY THE COURT:

                *(signature)*
                _____
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court