IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-839-ZLW-MJW

JERRY D. FARR

     Plaintiff,

v.

CITY OF FOUNTAIN,

     Defendant.

___

**ORDER FOR DISMISSAL WITH PREJUDICE**
___

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal with Prejudice, the Court having reviewed the same and being fully advised;

IT IS THEREFORE ORDERED that Plaintiff's Complaint and all claims of Plaintiff are dismissed, with prejudice, with each party to pay their own costs, expenses, and attorney fees.

DATED at Denver, Colorado, this  1  day of November, 2006.

          BY THE COURT:

          */s/ Zita L. Weinshienk*
          ZITA L. WEINSHIENK, Senior Judge
          United States District Court